1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 RACHID BASSAID,                             )
                                               )  No. C 06-2589 MMC
13                                             )
                    Petitioner,                )
14                                             )
           v.                                  )  **STIPULATION TO DISMISS AND**
15                                             )  **[PROPOSED] ORDER**
   ALBERTO GONZALES, United States Attorney    )
16 General; MICHAEL CHERTOFF, Secretary of     )
   the Department of Homeland Security; EMILIO )
17 T. GONZALEZ, Director of United States      )
   Citizenship and Immigration Services (USCIS);)
18 ROBERT S. MUELLER, Director of the Federal  )
   Bureau of Investigation (FBI),              )
19                                             )
                    Respondents.               )
20 _____)

21     Petitioner, by and through his attorney of record, and Respondents, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

23 above-entitled action without prejudice in light of the fact that the United States Citizenship and

24 Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and

25 agree to adjudicate such application within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27

28

Stip. Dismissal
C06-2589 MMC                              1

1  Dated: June 5, 2006                                  Respectfully submitted,

2                                                       KEVIN V. RYAN
                                                        United States Attorney
3

4                                                       _____/s/_____
                                                        ILA C. DEISS
5                                                       Assistant United States Attorney
                                                        Attorneys for Respondents
6

7

8                                                       _____/s/_____
   Dated: June 2, 2006                                  ALEXANDER H. LUBARSKY
9                                                       Attorney for Petitioner

10

11

12                              **ORDER**

13      Pursuant to stipulation, IT IS SO ORDERED.

14

15
    Date:    June 5, 2006                               _____
16                                                      MAXINE M. CHESNEY
                                                        United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

Stip. Dismissal
C06-2589 MMC                         2